McMULLEN, Appellant, v. GRAHAM, Respondent

(42 N. W.2d 808)

(File No. 9053. Opinion filed May 29, 1950)

**Hooper & Herman,** Gregory, **J. F. Frame,** Burke, for Appellant.

**G. F. Johnson,** Gregory, for Respondent.

PER CURIAM. A certified copy of the notice of appeal in the above entitled action was filed with the clerk of this court on December 7, 1948. No brief has been filed by the appellant. The appeal is deeemed abandoned and the judgment appealed from is affirmed.

All the Judges concur.